UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABBAS ZGHAIR,

                  Plaintiff,

    v.

NANCY COLLINS, *et al.*,

               Defendants.

Case No. C26-454-RSM

ORDER DISMISSING ACTION

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    Plaintiff's complaint (Dkt. 3-1) and this action are DISMISSED with prejudice under 28 U.S.C. § 1915A(b).

(3)    Plaintiff's application to proceed with this action *in forma pauperis* (Dkt. 3), and Plaintiff's request for appointment of counsel (Dkt. 5), are DENIED.

//

//

ORDER DISMISSING ACTION
PAGE - 1

(4)      The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 26th  day of May, 2026.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 2